UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR10-026-RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | SUMMARY REPORT OF U.S. |
| CHRISTOPHER DWAYNE PORTER, ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |
| ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on October 9, 2012. The United States was represented by AUSA Lisca Borichewski and the defendant by Amy Muth. The proceedings were digitally recorded.

Defendant had been sentenced on or about April 30, 2010 by the Honorable Ricardo S. Martinez on a charge of Possession of a Firearm by a Prohibited Person, and sentenced to 27 months custody (concurrent with sentence imposed in CR05-417 RSM), three years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant cooperate in the collection of DNA, be prohibited from possessing

a firearm or destructive device, participate in drug testing and treatment, submit to search, participate in a mental health program, pay restitution in the amount of $1,230, provide his probation officer with financial information as requested, refrain from opening new lines of credit or incurring new credit obligations without permission, and be prohibited from associating with known gang members. (Dkt. 16.)

In an application dated (Dkt. 29,30), U.S. Probation Officer Michael S. Larsen alleged the following violations of the conditions of supervised release:

1. Committing the crime of Theft, on or about January 12, 2012, in violation of the general condition that he not commit another federal, state or local crime.

2. Committing the crime of Possession of a Stolen Vehicle, on or about January 14, 2012, in violation of the general condition that he not commit another federal, state or local crime.

3. Committing the crime of Trafficking Stolen Property, on or about January 14, 2012, in violation of the general condition that he not commit another federal, state or local crime.

4. Committing the crime of Criminal Conspiracy, on or before January 14, 2012, in violation of the general condition that he not commit another federal, state or local crime.

5. Associating with persons engaged in criminal activity, on or before January 14, 2012, in violation of standard condition number 9.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted all five violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged in violations, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Martinez.

Pending a final determination by the Court, defendant has been detained.

DATED this 9th day of October, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

cc:	District Judge:	Honorable Ricardo S. Martinez
	AUSA:	Lisca Borichewski
	Defendant's attorney:	Amy Muth
	Probation officer:	Michael S. Larsen